1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MORA PATRICIA CASTREJON-MORIN,<br><br>　　　　　Defendant. | Case No.: 20-cr-02754-CAB-2<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE**<br>**[Doc. No. 63]** |

IS HEREBY ORDERED that the United States' Motion to Dismiss the charges under the above-referenced case number currently pending against the Defendant, MORA PATRICIA CASTREJON-MORIN, be granted. The dismissal shall be without prejudice.

**SO ORDERED.**

Dated: August 24, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge